# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, NA Trustee Pooling and Servicing Agreement Dated as of November 1, 2004 Asset-Backed Pass-Through Certificates Series 2004-WHQ2 | CASE NUMBER: 1:11-cv-2576 |
| PLAINTIFF | |
| VS. | DISTRICT JUDGE: Ruben Castillo |
| John Oats, Betty Oats, Argent Mortgage Company, LLC, | MAGISTRATE JUDGE: Michael T. Mason |
| DEFENDANT(S). | |

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

Dated: July 26, 2011

Respectfully submitted,

\_\_/s/ James N. Pappas_____
One of Plaintiff's Attorneys

James N. Pappas  # 6291873
Burke Costanza & Cuppy LLP
Attorneys for Plaintiff
222 South Riverside Plaza # 2943
Chicago, IL 60606
(219) 769-1313